UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID VELAZQUEZ,

                              Petitioner,         **ORDER**

    -against-                                  24 Civ. 4524 (NSR)(JCM)

EDWARD BURNETT,

                              Respondent.
------------------------------------------------------------X

        On May 21, 2024, Petitioner David Velazquez ("Petitioner") filed a petition for a writ of habeas corpus (the "Petition"). (Docket No. 1). On October 25, 2024, Respondent Edward Burnett, Superintendent of the Fishkill Correctional Facility, answered the Petition, (Docket No. 17), and filed the state court record with his answer, (Docket Nos. 17-1 to 17-10). However, there appear to be two documents missing from the record. First, the record does not include Petitioner's September 2, 2022 reply brief, which is referenced in the June 13, 2023 trial court decision denying Petitioner's Criminal Procedure Law § 440.10 motion. (Docket No. 17-9 at 108). Second, the record does not include the trial court's decision on Petitioner's July 31, 2023 motion pursuant to Criminal Procedure Law § 440.47. (Docket No. 17-6 at 74-77).

        Accordingly, by August 11, 2025, Respondent is directed to file copies of the September 2, 2022 reply brief and the trial court's decision on the § 440.47 motion.

Case 7:24-cv-04524-NSR-JCM   Document 22   Filed 08/04/25   Page 2 of 2

-2-

The Clerk is respectfully requested to mail a copy of this order to the *pro se* Petitioner.

Dated:  August 4, 2025
       White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge