**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DAVID VELAZQUEZ,

                Petitioner,                        24 **CIVIL** 4524 (NSR)(JCM)

       -against-                            **JUDGMENT**

EDWARD BURNETT, SUPERINTENDENT,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 8, 2026, the Court adopts the Report and Recommendation in its entirety, and the petition is DENIED. The Court further finds that Petitioner has failed to make a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability shall not be issued. 28 U.S.C. § 2253(c), and the case is closed.

**Dated:** New York, New York

     April 9, 2026

                                 **TAMMI M. HELLWIG**

                                      **Clerk of Court**

**BY:**

                                     **Deputy Clerk**